## Emergency Motion!!

Judge/Your Honor,

3/26/2024

Docket # 21CV11068

I Danielle Robinson am asking the court to have a emergency hearing to ask Mr. Stanley Nulinski to send me my fathers estate check of $125,000 so I can open the estate account and dispense him his pay as well as split the money evenly amongst my fathers five living children!

**Emergency!!!**

To whom it may concern, I am writing this because Mr. Helinski has shown himself to be untrustworthy concerning my father's case., from the beginning Mr. Helinski has been lying (which was clear from the beginning) to me as well as my brother to have us and my sister sign paperwork for this case to continue. he told me that if I wanted to become representative of my father's estate that I would in fact have to hire my own attorney and so on... that conversation ended with me/us declining his offer because he wanted willie Mae to represent the case which we were against from the beginning, my sister, Monica Robinson, my brother Frantz Robinson and myself. We did not want Willie Mae doing anything that had anything to do with my father's case because we know that she is only about the money for herself. I also reminded him that my father has 5 living children and that any money that comes from the case should be split evenly between us all. to which Helinski said that that was exactly what Willie Mae told him she planned to do which is why she wanted to represent the case herself because she (his words: she presented so well and everyone that had come into contact with Willie Mae Ryner thus far favored her) which also is exactly what he is trying to make happen just as I knew it was when he said it.,when I shared my thoughts that we felt she was only out for the money for herself he said that he didn't care about any of that, and that he just wanted to seek justice for my father. multiple calls later I agreed to represent my father's estate. I became representative of the estate around August of 2023, and at the same time he opened a new case with Willie Mae's name attached so that there could be two cases instead of the one collective case that it had been. Long story short after all was said and done, I became representative of the estate, my point in all of this is that Helinski's intentions weren't in favor of the estate but for Ryner from the beginning. He clearly has chosen a side and stood his ground as far as making willie Mae feel so entitled that now she thinks she deserves half of the pot which would only yield $ 9,378 to each of his 5 adult children which by the way (Brandy Cross) is one of the five and also the daughter of willie Mae and they live together. Which why would they think that they would be getting pretty much all of the money from the case, selfishness is an understatement here !!! Willie Mae should not have a right to our fathers money, not only was she not his wife she also was never a good stepmother. We also have children to take care of, which in fact are my father's grandchildren by blood and to think that she wants to take away from us/them is disgusting, but that's who she is and its who she has been our entire lives. which is why we didn't want her name attached to anything of my father's, not only does she not deserve it but look at the manner in which she is trying to get it. tells you everything you need to know. and to have this lawyer in her pocket to be able to do so is even more disgusting because of the oath he swore to, as well as the lies he told to get him here. I have several messages from Helinski stating if I didn't want to sign he doesn't need me to for him to go forward without me and he doesn't care, just being unnecessarily sarcastic in messages to try to scare me into his goal because I refused to go quietly. Then in recent the last few messages Helsinki decided to try an make a paper trail (lying) insinuating that I knew that the goal from the beginning was to give half of the money to Willie Mae Ryner when we were very specific from the beginning about the fact that we didn't want her to represent the case for this exact reason hence the fact that I became representative of the estate because otherwise we wouldn't have signed off on anything. He has lied so much thinking that because he was talking fast that I was listening slow, hoping I wasn't listening to exactly what he was saying, hoping I wasn't paying attention to what was going on right before me but to his dismay I was. telling me that the state was going to

take so much taxes from the case and so on until I mentioned that any money from this case would be tax free to which he claimed he wasn't sure about which I believe to be another lie., he is not trustworthy at all unfortunately. telling me that my father owed over $13,000 thousand dollars to masshealth to which I knew wasn't true, as well as I received a letter sent from his office stating that since I was representing his estate that I needed to pay $1000 plus for a bill from masshealth I don't remember the exact amount but I can find it, I questioned him about it and he claimed not to know anything about it and never spoke on it again. also I said that I would reach out to masshealth to find out what was true and he abruptly asked that I not do that because of so many legal terms was what he claimed. So your Honor, to sum it all up to say that she deserves half is totally insane !!!, He seemed to usually give me info at the last minute and then try to rush me to signing off on the paperwork which I took my time to read, especially because during representative of the estate signing he kept trying to slip paperwork in there for me to sign saying that I was allowing willie mae to do it and when I brought that to his attention and told him that I don't feel comfortable signing off on said things he said that it was a mistake that he makes all the time. and every time Since the estate won the $125,000 since I have refused to sign saying that willie mae would get half of the winnings from my father's case his messages go from one extreme to the next ( first He said that if I didn't sign he didn't need me and he had other ways to make it happen, then he said that he would withdraw from the case, then he said that we would have to go to some mediation that would take place promptly that week (never heard anything), as well as the state was going to sue me,and no one won't be getting any money and he is closing the case) I could go on and I will also print them out for the court to read if necessary. He also told me that I needed to open an account and hire an accountant and an attorney so I could disperse the money so I wouldn't run into any problems with owing any money once it was all said and done. Please replace him, he is a big part of the problem here, things could have gone differently if he played his role instead of trying to be dirty which should not be acceptable on any level considering the circumstances as if this isn't already ready enough to be living through. also at my first mediation visit at the federal courthouse in boston on the waterfront
when the judge asked Helinski if he was willing to forfeit his fee to be able to give us more money he said that because this case was passed to him that he couldn't do that and that his percentage was 20% plus some smaller 1%- 2% fee for something else, now he says it's 25% just not honest at all. Helinski believes that he is bigger than the court and decided to create conflict to what is already existing, he could've chosen to remain neutral and do what he was called to do but he chose otherwise and for that reason Helinski should be removed from the case asap because this proves that there was an agenda from the beginning. I know this is a little all over the place, very rushed, not worded properly and I ask in advance that you please forgive me for that, this case is very stressful as well as we are coming up on the second year of my fathers death 3/27. but I wanted to give you a bit of everything that has transpired from the beginning to now.

Danielle Robinson
3/23/2024